# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mahmoud Dakowa,<br><br>    Plaintiff,<br><br>    v.<br><br>MSW Capital, LLC, and<br>Messerli & Kramer, P.A.,<br><br>    Defendants. | Civil File No. 16-CV-2753-ADM-DTS<br><br>**PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

Plaintiff Mahmoud Dakowa hereby moves the United States District Court, District of Minnesota, for an Order compelling complete interrogatory responses from Defendants, and compelling Defendants to produce unredacted documents.

The grounds for the Motion are that the discovery sought includes matters that bear on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case.

The motion arises under Fed. R. Civ. P. 26 and 37, and is based on the attached memorandum of law, the Declaration of Darren Brayer Schwiebert, and on all the files, records, and proceedings herein.

DATED: June 26, 2017

          By:   /s Darren B. Schwiebert
               Darren Brayer Schwiebert (#260642)
               darren@dbslawmn.com
               DBS Law LLC
               301 Fourth Avenue So., Suite 280N
               Minneapolis, MN 55415
               612.501.6008

               Attorneys for Plaintiff
               Mahmoud Dakowa